IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JASON SMITH, | 19-CV-0537 BLF |
| --- | --- |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION TO CHANGE THE DISPOSITIVE MOTION DEADLINE |
| v. | Judge: The Honorable Beth Labson Freeman |
| A. TAMAYO, et al., | Trial Date: N/A |
| Defendants. | Action Filed: January 30, 2019 |

Defendants moved this Court to change the time to file a summary-judgment or other dispositive motion through November 12, 2019. After full consideration, and good cause appearing, Defendants' motion is GRANTED.

The deadline for Defendants to file a dispositive motion is changed from August 12, 2019 to November 12, 2019. Plaintiff's opposition to Defendants' motion must be filed with the Court and served upon the Defendants no later than 28 days from the date the motion is filed. The Defendants shall file a reply brief no later than 14 days after the date they receive ECF electronic

///

///

///

1

notice that the opposition is filed. The motion will be deemed submitted on the date the reply brief is due.

**IT IS SO ORDERED.**

Dated: Aug 16, 2019

The Honorable Beth Labson Freeman
United States District Court Judge

SF2019201175
21572888.docx

2

[Proposed] Order Granting Mot. Change Time (19-CV-0537 BLF)