IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JASON SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**A. TAMAYO, et al.,**<br><br>Defendants. | 19-CV-0537 BLF<br><br>**ORDER GRANTING MOTION TO CHANGE TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** |

Defendants M. Voong, M. Atchley, Y. Friedman, and A. Tamayo (Defendants) filed an administrative motion requesting an extension of time of fourteen (14) days, through January 10, 2020, to file a reply to Plaintiff's opposition to Defendants' motion to dismiss and for summary judgment.

///

///

///

1

Order Grant Defs.' Mot. Change Time File Reply to Pl.'s Opp. to Mot. Dismiss & Summ J. (19-CV-0537 BLF)

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED, and the time for Defendants to file a reply to Plaintiff's opposition to Defendants' motion to dismiss and for summary judgment is extended for fourteen days through January 10, 2020.

IT IS SO ORDERED

Dated: __January 7, 2020_

*[signature]*
The Hon. Beth Labson Freeman

SF2019201175
21752941.docx