UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. TAMAYO, et al.,<br><br>　　　　Defendants. | Case No. 19-00537 BLF (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br><br>(Docket No. 30) |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against prison officials at the Correctional Training Facility. The matter was referred to Magistrate Judge Illman for a settlement conference under the Pro Se Prisoner Settlement Program on August 10, 2020. Dkt. No. 25. A settlement hearing was set for January 15, 2021. Dkt. No. 28. On that date, Judge Illman filed a minute entry stating that the matter settled. Dkt. No. 29.

On January 26, 2021, the parties filed a stipulation for voluntary dismissal of this matter with prejudice. Dkt. No. 30. The signed stipulation states:

> Plaintiff Jason Andrew Smith and Defendants A. Tamayo and M. Atchley stipulate to a dismissal of this entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [¶] Each party shall bear its own litigation costs and attorneys' fees.

Dkt. No. 30 at 1-2.

Accordingly, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendants are DISMISSED WITH PREJUDICE.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: __January 27, 2021_____**

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.19\00537Smith_dism(settled)