UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>A. TAMAYO, et al.,<br><br>    Defendants. | Case No. 19-00537 BLF (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

**Dated:  __January 27, 2021_____**

                                            BETH LABSON FREEMAN
                                            United States District Judge

Judgment
PRO-SE\BLF\CR.19\00537Smith_judgment